

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00306-CV

MI GWANG CONTACT LENS CO., LTD. AND CLEARLAB US, INC.
v.
M. TERRI CAVAZOS CHAPA, INDIVIDUALLY AND AS NEXT FRIEND AND NATURAL
GUARDIAN OF VICTORIA CHAPA, A MINOR

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-1429-D

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 11, 2015